IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-06700 ESL

DOMINGO CARABALLO MARTINEZ          Chapter 13

MARIA LUISA CLAUDIO DELGADO

XXX-XX-8309

XXX-XX-4334

**FILED & ENTERED ON 11/22/2010**

Debtor(s)

## ORDER

The motion filed by Nayeli Diaz Febles requesting to withdraw as counsel for Doral Bank (docket #27) is hereby granted. Doral Bank is granted thirty (30) days to inform new legal representation.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22 day of November, 2010.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:     DEBTOR(S)
        ROBERTO FIGUEROA CARRASQUILLO
        JOSE RAMON CARRION MORALES
        NAYELI DIAZ FEBLES
        DORAL BANK

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: davilap          Page 1 of 1          Date Rcvd: Nov 22, 2010
Case: 10-06700                Form ID: pdf003        Total Noticed: 1
```

The following entities were noticed by first class mail on Nov 24, 2010.
cr            DORAL BANK,   PO BOX 70308,   SAN JUAN, PR   00936-8308

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2010**                                       **Signature:** _Joseph Speetjens_