# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: DOMINGO CARABALLO MARTINEZ and MARIA LUISA CLAUDIO DELGADO
Case Number: 10-06700-ESL13                Chapter: 13
Date / Time / Room: 11/15/2011 9:00 AM osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: SHANDA RODRIGUEZ
Reporter / ECR: INECITA COLLAZO

### Matter:

Doc# 50 Motion for Relief From Stay Under 362 filed by Doral Bank
Doc# 55 Debtor's answer

### Appearances:

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO  x
SERGIO A RAMIREZ DE ARELLANO  x

### Proceedings:

ORDER:

___ Upon debtor(s)' failure to: ___ oppose; ___ appear at the hearing scheduled for this date; ___ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

✓ UPON THE AGREEMENT OF THE PARTIES:
✓ Debtor shall provide adequate protection to movant by:
  ✓ curing the arrears within _21_ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

___ Parties are granted ___ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

___ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

___ Movant's application to withdraw the motion is hereby granted.

___ Other:


/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge